**EXHIBIT 2:** INFRINGEMENT #1 – 2
URL: https://instagram.com/p/By0mZ5MB8uo/

