AO 121 (06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave., S.E.<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION    [ ] APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>1:22-cv-04954 | DATE FILED<br>June 13, 2022 | U.S. District Court, Southern District of New York<br>500 Pearl St. New York, NY 10007<br>New York New York 10007 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Edward Opinaldo | Emily O'Hara Ratajkowski |

| COPYRIGHT REGISTRATION NO | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VA 2-164-887 |  | Edward Opinaldo |
| 2 |  |  |
| 3 |  |  |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| [X] Order    [ ] Judgment | [ ] Yes    [ ] No |  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| RUBY J. KRAJICK | /s/ T. PISARCZYK | 10/25/2022 |

**DISTRIBUTION**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s) mail copy to Register of Copyrights
3) Upon termination of action mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD OPINALDO<br><br>                           Plaintiff,<br><br>- against -<br><br>EMILY O'HARA RATAJKOWSKI<br><br>                           Defendant. | Docket No. 1:22-cv-04954-LJL<br><br>**NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Edward Opinaldo, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Emily O'Hara Ratajkowski, each party to bear its own costs and attorney's fees.

Dated: October 24, 2022
       Uniondale, New York

                                            Respectfully submitted,

                                            SANDERS LAW GROUP

                                            By: /s/*Craig B. Sanders*/
                                                  Craig B. Sanders
                                                  333 Earl Ovington Blvd., Ste. 402
                                                  Uniondale, New York 10804
                                                  Telephone: (516) 203-7600
                                                  csanders@sanderslaw.group

                                            *Attorneys for Plaintiff*